# United States District Court
## Southern District of Georgia

Chase Edward Stroup,

                              JUDGMENT IN A CIVIL CASE

        v.                       CASE NUMBER: CV614-71,

Clay Tatum, Warden,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/26/14, judgment is hereby entered dismissing the complaint without prejudice.

8/26/14                                         Scott L. P
*Date*                                           *Clerk*

                                                         *(By) Deputy Clerk*