IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHASE EDWARD STROUP,

    Plaintiff,

v.

CLAY TATUM, Warden,

    Defendant.

CIVIL ACTION NO.: CV614-071



## ORDER

As this *pro se* Plaintiff has now responded to the July 8, 2014 Order, by submitting the consent forms and trust account information required by the Prisoner Litigation Reform Act of 1996, the Court **VACATES** its Order dated August 26, 2014.

The Clerk of Court is **DIRECTED** to re-open the captioned case.

**SO ORDERED**, this 15 day of Sept, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)