IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CHASE EDWARD STROUP, | |
| Plaintiff, | CIVIL ACTION NO.: CV614-071 |
| v. | |
| WARDEN CLAY TATUM, | |
| Defendant. | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. No. 29.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's leave to appeal forma pauperis, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

**SO ORDERED**, this 21st day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA